United States District Court
Southern District of Texas

**ENTERED**
April 24, 2022
Nathan Ochsner, Clerk

STATEMENT IN
SUPPORT OF PROBABLE CAUSE

IN RE:   Armin Adrian ALVARADO-Barbosa

I, Crystal Cardenas, declare and state as follows:

On or about April 22, 2022 the defendant Armin Adrian ALVARADO-Barbosa was apprehended near Laredo, Texas. After a brief interview it was determined that, Armin Adrian ALVARADO-Barbosa was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Armin Adrian ALVARADO-Barbosa was previously REMOVED from the United States on 05/21/2014 at Atlanta, Ga. There is no record that Armin Adrian ALVARADO-Barbosa has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 23rd day of April, 2022 at Laredo, Texas

_____
Crystal Cardenas
Border Patrol Agent
United States Border Patrol

_____

I find probable cause that the defendant(s) committed an offense against the laws of the United States and may be therefore further detained pending presentment before a judicial officer.

April 23, 2022, 02:14 PM, at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge